**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSE RAMON CAPDET RODRIGUEZ, Petitioner, | ) | |
| v. | ) | Civil A. No. 3:26-1519 Judge Nora Barry Fischer |
| WARDEN MOSHANNON VALLEY PROCESSING CENTER, et al., Respondents. | ) | |

**MEMORANDUM ORDER**

AND NOW, this 4th day of September, 2026, upon consideration of Petitioner Jose Ramon Capdet Rodriguez's Petition for Writ of Habeas Corpus dated August 1, 2026, (Docket No. 1), wherein he raises a *Zadvydas* claim challenging the length of his post-removal order detention and notes that he filed a habeas petition in the U.S. District Court for the Southern District of Florida which was denied on July 14, 2026 and that he had filed a Motion for Reconsideration contesting that decision, his Brief in Support, (Docket No. 2), and his Motion for Expedited Consideration and Request to Preserve the Court's Jurisdiction Pending Resolution of the Petition, (Docket No. 3), and the Court having reviewed the July 14, 2026 decision by the Hon. Rodolfo A. Ruiz, II sitting in the U.S. District Court for the Southern District of Florida, *Capdet Rodriguez v. Krome North Service Processing Center*, Case No. 26-cv-23245-RAR, Docket No. 11 (S. D. Fla. Jul. 24, 2026), denying the Petition and his *Zadvydas* claim because Petitioner received an initial Notice of Removal to Mexico in December 2025 and ICE attempted to remove him to Mexico on April 17, 2026 but could not do so because he refused to depart his pod and thwarted his removal such that "he cannot show that he had been detained past the presumptively reasonable six-month period

contemplated by *Zadvydas*" and that he was subsequently served with another Notice of Removal to Mexico on May 7, 2026 and therefore could not demonstrate that his removal was not reasonably foreseeable, *id*. at 6, as well as the subsequent decision by Judge Ruiz denying reconsideration on July 26, 2026, *Capdet Rodriguez v. Krome North Service Processing Center*, Case No. 1:26-cv-23245-RAR, Docket No. 13 (S.D. Fla. Jul. 24, 2026), relevant precedent demonstrating that the instant petition is subject to dismissal because "[a] successive immigration habeas petition, 'which raises grounds identical to those raised and rejected on the merits, need not be entertained,'" *Parekh v. Warden, Pike Cnty. Corr. Facility*, No. 3:26-CV-01835, 2026 WL 2199343, at *3 (M.D. Pa. July 30, 2026) (quoting *Esogbue v. Holmes*, 142 F. App'x 98, 100 (3d Cir. 2005) (further quotation omitted), and Petitioner's Exhibit 8 to his Petition which is a Notice of Failure to Comply Pursuant to 8 CFR 241.4(g) from Robert Feick, Deputy Field Office Director, Immigration and Customs Enforcement dated July 13, 2026, references the May 7, 2026 Notice of Removal to Mexico and states that "[o]n May 22, 2026, you failed to comply with your removal from the United States by way of refusing to exit the pod for out processing for Third Country Removal to Mexico  As you have failed to proceed with your removal, you have failed to comply with your obligation and are acting to prevent your removal from the United States.  The removal period is therefore extended in your case," (Docket No. 1-11 at 2), such that it is clear that Petitioner's present Petition will fail for the same reasons, i.e., he has now twice refused removal to Mexico and his *Zadvydas* claim remains premature, *see e.g., Membreno Hernandez v. Moshannon Valley Processing Center Warden, et al.*, Civ. A. No. 3:26-cv-982, Docket No. 17 at 3-4 (W.D. Pa. Jul. 2, 2026) (citing cases) ("Courts have recognized that petitioners who have refused to board removal flights and otherwise cooperate with the removal process undermine their

due process claims contesting the length of their detention which require them to demonstrate that there is no significant likelihood of removal in the reasonably foreseeable future.”),

IT IS HEREBY ORDERED that the Petition [1] is DISMISSED, as premature and without prejudice;

IT IS FURTHER ORDERED that Petitioner’s Motion is DENIED, as moot; and,

An appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.

cc: JOSE RAMON CAPDET RODRIGUEZ
A061-247-641
MOSHANNON VALLEY PROCESSING CENTER
555 GEO DRIVE
PHILIPSBURG, PA 16866
(via first class mail)